UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x Civil Action No.: CV-05-516 (DLI) (CLP)

UNITED STATES OF AMERICA, §
§
        Plaintiff, §
 - against- §
§
NIGEL PRICE, §
§
        Defendant. §
---------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 2 3 2005 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Nigel Price failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Nigel Price:

**Claim No. C99-14422W**

| | |
|---|---|
| Principal Balance: | $3,549.01 |
| Total Interest Accrued at 8.250%: | $2,287.25 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $6,016.26 |
| Attorney's Fees: | $1575.00 |
| Total Owed: | $7591.26 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York

*September 21*, 2005

/s/
Dora L. Irizarry
United States District Judge